United States District Court
Southern District of Texas
**ENTERED**
April 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| RIGABERTO GARCIA RAMIREZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| | § | |
| | § | |
| v. | § | CASE NO. 4:26-CV-01703 |
| | § | |
| PAMELA BONDI, *et al.,* | § | |
| | § | |
| Respondents. | § | |

## ORDER

Pending before the Court is Federal Respondents' motion for an extension of time to respond to the Petition for Writ of Habeas Corpus. Having considered the motion, the Court finds as follows:

Respondents' motion for a second extension of time is GRANTED.

It is ORDERED that Federal Respondents have until May 8, 2026, to file an answer or other response to the Petition.

**SIGNED** : April 28, 2026.

_____

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE